UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. COSBY and S. VALLEY,<br><br>　　　　Defendants. | No. 1:16-cv-00354-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING ACCESS TO THE LAW LIBRARY<br><br>(Doc. Nos. 13–14) |

　　　　At the time this action was filed, plaintiff Gregory Ell Shehee was a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On May 27, 2016, the assigned magistrate judge filed findings and recommendations recommending that plaintiff's motion for a court order regarding access to copy services be denied.  Those findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty days.  Plaintiff timely filed

1

objections on June 14, 2016.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the recommendation to be supported by the record and by proper analysis. The undersigned notes that plaintiff in his motion fails to explain his need for the relief requested in order to prosecute this action.

Accordingly,

1. The May 27, 2016 findings and recommendations (Doc. No. 14) are adopted; and
2. Plaintiff's motion for a court order directing access to the law library to obtain copy services (Doc. No. 13) is denied.

IT IS SO ORDERED.

Dated: **August 2, 2016**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE