UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>      Plaintiff,<br><br>   v.<br><br>COSBY, et al.,<br><br>      Defendants. | No. 1:16-cv-00354-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR ACCESS TO PHOTOCOPY SERVICES<br><br>(Doc. Nos. 34, 35, 36) |

Plaintiff is appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. At the time the complaint in this action was filed, plaintiff was a civil detainee.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On December 1, 2016, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motions for access to photocopy services be denied. The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

1

undersigned concludes the findings and recommendation are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 1, 2016 (Doc. No. 36), are adopted in full; and
2. Plaintiff's motions for a court order directing that he be provided access to photocopying services (Doc. Nos. 34, 35) are denied.

IT IS SO ORDERED.

Dated: __**January 30, 2017**__       _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2